FOR USE WITH MORTGAGE FORM NO. 105 (Illinois)
CAUTION: Consult a lawyer before using or acting under this form. All warranties, including merchantability and fitness, are excluded.
Case: 1:15-cv-05116 Document #: 1-3 Filed: 06/10/15 Page 1 of 1 PageID #:23

# INSTALLMENT NOTE

$65,000.00    Chicago    , Illinois

March 5, 2008

FOR VALUE RECEIVED, the undersigned promise to pay to the order of _____

David Azran _____ the principal sum of

Sixty Five Thousand ($65,000.00) _____ DOLLARS

*(a) and interest from March 5, 2008 on the balance of principal remaining from time to time unpaid at the rate of ten per cent (10%) per annum, such principal sum and interest to be payable in installments as follows: Five hundred forty one and 66/100 ($541.66) Dollars on the 1st day of April, 20 08, and Five hundred forty one and 66/100 ($541.66) Dollars on the 1st day of each month thereafter for 10 consecutive months with a final payment of principal and interest of balance due and owing Dollars on the 4th day of March, 20 09.

*(b) payable in installments as follows: _____

Dollars on the ____ day of _____, 20__; _____

_____ Dollars on the ____ day of each _____ thereafter for ____ consecutive _____, and a final payment of _____

Dollars on the ____ day of _____, 20__, with interest on the balance of principal remaining from time to time unpaid at the rate of ____ per cent per annum, payable on the due dates for installments of principal as aforesaid.*

All payments on account of the indebtedness evidenced by this note shall be first applied to interest on the unpaid principal balance and the remainder to principal.

Each of said installments of principal shall bear interest after maturity at the rate of ____ per cent per annum, and the said payments of both principal and interest are to be made at such place as the legal holders of this note may, from time to time in writing appoint, and in the absence of such appointment, then at the office of David Azran in Chicago, IL

At payoff of this loan if it occurs prior to June 5, 2008, the undersigned shall pay an additional $6,000.00 or if the payoff occurs after June 5, 2008 the undersigned shall pay an additional $9,000.00.

The payment of this note is secured by mortgage, bearing even date herewith, to _____

David Azran _____ Mortgagee,

on real estate in the County of Cook, Illinois; and it is agreed that at the election of the holder or holders hereof and without notice, the principal sum remaining unpaid hereon, together with accrued interest thereon, shall become immediately due and payable at the place of payment aforesaid in case of any default in the payment of principal or interest when due in accordance with the terms hereof or when default shall occur and continue for three days in the performance of any other agreement contained in said mortgage, or in case the right so to elect shall accrue to the holder or holders hereof under any of the provisions contained in said mortgage.

* The undersigned shall be liable for all costs of collection including reasonable attorneys fees.

All parties hereto severally waive presentment for payment, notice of dishonor, protest and notice of protest.

X _____
CESAREO OLIVO

* Fill out either (a) or (b) and strike out the other of (a) or (b).

Exhibit C