# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of Azaran v. Fidelity    Case Number: 15-cv-5116

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

FIDELITY NATIONAL TITLE COMPANY, LLC

| | |
|---|---|
| NAME (Type or print) <br> Barry C. Brotine | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Barry C. Brotine | |
| FIRM: Fidelity National Law Group | |
| STREET ADDRESS: 10 S. LaSalle Street, Suite 2750 | |
| CITY/STATE/ZIP: Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6282577 | TELEPHONE NUMBER <br> 312-223-2327 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "**Y**" or "N")

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "**Y**" or "N")

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "**Y**" or "N")

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "**Y**" or "N")

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL            APPOINTED COUNSEL